# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-00015 |
| | ) | Chief Judge Haynes |
| BRADLEY PRESTON LANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

A revocation hearing in this action was held on December 19, 2012. For the reasons stated in open court, the Defendant is committed to the custody of the Bureau of Prisons for eleven (11) months, and shall not be subject to supervised release upon his release.

It is so **ORDERED**.

**ENTERED** this the ___21st___ day of ~~January~~ December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court